[No. 4055.]

IN RE ESTATE AND GUARDIANSHIP OF BARKER ET AL.

APPELLATE PRACTICE—DISMISSAL—FAILURE TO FILE ABSTRACTS.

   Where a cause is docketed in the supreme court and the appellant or plaintiff in error fails to file any abstract of the record or briefs within the time prescribed by the rules, the court may of its on motion dismiss the cause without notice.

Messrs. IVES & HOUSTON and Messrs. ADAMS & ADAMS for plaintiff in error.

*Per Curiam.*—This cause was docketed in this court on April 22, 1899, since which time no order of progress has been made. There has been no compliance by plaintiff in error with the rules relating to time of filing abstract of record and briefs, and for such failure and neglect the rules provide that the court, of its own motion, may dismiss the writ of error without notice. An order to that effect is therefore made.

*Writ of error dismissed.*